5-30-2015

To Abel Acosta, Clerk of Court of
Criminal Appeals.                    21,905-13

This letter. Is In Re: To WR-21,905-13
If forgot To Put Cause No. 2005CR 333,
334, 335, 336, 337

On my Original Application for Writ
of Mandamus.

Please Amend To My Writ, And To

The Court.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

Thank you.

Darnell Hartsfield
Eastham Unit—TDC#
1539158 2665 Prison Rd
#1 Lovelady, Texas
75851